445 A.2d 229

Commonwealth v. Berry, Appellant.

Argued January 18, 1982. David D. Morrison, for appellant; Andrew S. Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

445 A.2d 230

Commonwealth v. Bixler, Appellant.

Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted February 1, 1982. Gary Spohn Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Judgment of sentence affirmed.